UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ANTHONY R. PERRY,

        Plaintiff,    :

    v.                             Case No. 1:22-cv-178
                                   Judge Sarah D. Morrison
                                   Magistrate Judge Chelsey M.
                                   Vascura

RONALD ERDOS, *et al.*,    :

        Defendants.

## ORDER

Plaintiff Anthony R. Perry is an Ohio inmate proceeding without assistance of counsel. (ECF No. 30.) After performing an initial screen of the Complaint pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A, the Magistrate Judge issued a Report and Recommendation recommending that the Court permit Mr. Perry to proceed on his Eighth Amendment claims against Defendants Dofflemyer, Pierce, Scott, and Fry, and that the Court dismiss all other claims set forth in the Complaint for failure to state a claim upon which relief may be granted. (*Id*.)

If a party objects within the allotted time to a report and recommendation, the Court "shall make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b). Upon review, the Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Since the Report and Recommendation issued, Mr. Perry has filed three "Informal Complaint Resolution" forms. (ECF Nos. 38–40.) None of these documents can fairly be described as an objection to the Report and Recommendation. Accordingly, the Court **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation (ECF No. 30). Mr. Perry may proceed on his Eighth Amendment claim against Defendants Dofflemyer, Pierce, Scott and Fry. The balance of Mr. Perry's claims are **DISMISSED**.

**IT IS SO ORDERED.**

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**