# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ANTHONY R. PERRY,

    Plaintiff,

v.

RONALD ERDOS, *et al.*,

    Defendants.

:

:

Case No. 1:22-cv-178
Judge Sarah D. Morrison
Magistrate Judge Chelsey M. Vascura

## ORDER

On November 1, 2022, the Magistrate Judge issued a Report and Recommendation recommending that the Court deny the Motion to Dismiss filed by Defendants Pierce and Dofflemyer and Interested Party State of Ohio. (R&R, ECF No. 78.) Although the parties were advised of the right to file objections to the R&R, and of the consequences of failing to do so (*see* R&R, 8) no objections have been filed and the time for doing so has passed. The Court **ADOPTS** and **AFFIRMS** the Magistrate Judge's Report and Recommendation (ECF No. 78). The Motion to Dismiss (ECF No. 77) is **DENIED**.

    IT IS SO ORDERED.

/s/ Sarah D. Morrison
**SARAH D. MORRISON**
**UNITED STATES DISTRICT JUDGE**